AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Joseph Rocco Giancola<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>    2:25-mj-1288-NPM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of _____July 9 - July 30, 2025_____ in the county of _____Lee_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 373 | Solicitation to commit a federal crime of violence, under circumstances strongly corroborative of intent |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_/s/ Ryan Chabot_
*Complainant's signature*

Ryan Chabot, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2025

*Judge's signature*

City and state:        Fort Myers, Florida                    Nicholas P. Mizell, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ryan Chabot, being duly sworn, hereby depose and state as follows:

1.　　I have been employed as a Homeland Security Investigations (HSI) Special Agent (SA) with the United States Immigration and Customs Enforcement (ICE) since October of 2017. I have experience investigating threats made online and through electronic means. I submit this affidavit in support of a criminal complaint and arrest warrant for **Joseph Rocco GIANCOLA**, who resides in Cape Coral, Florida, within the Middle District of Florida.

2.　　Venue is proper in the Middle District of Florida because the offenses occurred in and affected this District, including Cape Coral, and the communications traveled in interstate commerce via the internet.

3.　　This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my investigation, including records produced in response to legal service (subpoenas/summonses), provider certifications, and administrative records checks by law enforcement. This affidavit does not contain every fact known to me relating to the investigation, but rather sets out only the facts that I believe are necessary to establish probable cause to believe that Joseph Rocco GIANCOLA has committed violations of:

18 U.S.C. § 373: Solicitation to commit a federal crime of violence, under circumstances strongly corroborative of intent.

## FACTS AND CIRCUMSTANCES

4.      This investigation concerns online threats to federal law-enforcement officers posted on the social media platform Bluesky. Evidence indicates the threatening activity was created and/or accessed using the account "@caindelon.bsky.social" (display name "Cain Delon") via the residential internet service at 3014 Chiquita Blvd S, Cape Coral, Florida. The account published multiple public replies explicitly advocating lethal violence against ICE personnel and other law enforcement officers.

5.  On August 6, 2025, ICE Protective Intelligence identified a public Bluesky reply by "@caindelon.bsky.social" stating: "Shoot the ICE Nazis dead, Shoot ICE gestapo dead, Get your gun and shoot them dead," posted in a thread about ICE conducting enforcement operations.

6.      Law enforcement reviewed additional posts made by "@caindelon.bsky.social," including:

- "Shoot ICE gestapo dead." — 2025-07-09, 5:25 PM

- "I would shoot them dead. Gestapo Lives Don't Matter." — 2025-07-10, 4:17 PM

- "Start shooting the ice gestapo dead." — 2025-07-11, 6:53 PM

- "Get your guns and shoot them dead." — 2025-07-11, 9:55 PM

- "Shoot them." — 2025-07-13, 10:43 AM

- "Shoot these thugs dead." — 2025-07-21, 5:58 PM

- "Shoot the ICE Nazis dead." — 2025-07-22, 11:48 AM

- "Gestapo police must die." — 2025-07-22, 11:50 AM

- "Shoot ICE gestapo dead." — 2025-07-30, 11:49 AM

7.     On October 16, 2025, I conducted keyword searches of "@caindelon.bsky.social" (e.g., "ice," "shoot," "shoot them"). The captured results showed numerous public replies advocating lethal violence against ICE personnel and other law enforcement, with platform-relative timestamps reflecting continuous posting activity approximately two to five months prior to capture (i.e., approximately mid-May through mid-August 2025). Several posts displayed "likes," evidencing audience engagement at the time of capture. Examples included:

- "Shoot the ICE Nazis down like the rabid dogs they are" — 4 months ago — reply to George Takei — 7 likes.

- "Just get a gun and shoot the ICE Nazis down" — 3 months ago — reply to Christopher Webb — 1 like.

- "I think we should fight fire with fire. Start by shooting ice thugs dead." — 1 like.

- "As soon as ice gets physically aggressive, beat the fuck out of them" — 3 months ago — reply to Qasim Rashid, Esq. — 1 like.

- "The people need to pick up their Second Amendment arms, form local

militias, patrol the streets, and shoot ICE down like they rabid dogs they are. They are masked kidnappers without warrants. This is the tyranny the Second Amendment allows us to destroy." — 4 months ago — reply to Mack Butterfield — 2 likes.

- "Excellent. Shoot them ice nazis down if you have to" — 4 months ago — reply to "Ted Cruz called the FBI on me" — 1 like.

- "Get your guns and kill the ice nazis" — 4 months ago — reply to Vince D. Monroy — 1 like.

- "Shoot the ICE agents down" — 5 months ago — reply to Congresswoman Jasmine Crockett — 1 like.

- "Shoot the ICE Nazis dead" — 2 months ago — reply to Raider — 8 likes.

- "Shoot the ICE agents down." — 5 months ago — reply to Hakeem Jeffries — 1 like.

8.      These posts explicitly reference "ICE," "ICE gestapo," and "ICE Nazis," identifying a federal law-enforcement target set; the imperative language and repeated directives support probable cause for violations of 18 U.S.C. § 373.

**Attribution and provider records (legal service and administrative checks)**

9.      Bluesky subscriber/access records, produced in response to HSI legal process, show that "@caindelon.bsky.social" (DID: did:plc:jir6xfq2bn47jz7kluqvhoyc) registered on November 13, 2024, using email

"afdelonjr@gmail.com" (registration IP 67.7.78.253). Bluesky records list the last sign-in IP as 73.107.60.71 on 2025-09-10T00:56:38.465Z (UTC).

10. Google non-content records for "afdelonjr@gmail.com," produced pursuant to HSI legal process, list recovery email "cainfdelon@gmail.com" and recovery SMS +1 (239) 258-1338, and Google Payments profile data link "afdelonjr@gmail.com" to customer name "Joseph R. Giancola." Google records for "cainfdelon@gmail.com" reflect "Joseph/Joe Giancola" and the same phone number. The recovery/backup account "cainfdelon@gmail.com" was created on or about 2021-08-20, and the primary account "afdelonjr@gmail.com" on or about 2023-06-29.

11. Telecommunications subscriber records for +1 (239) 258-1338, obtained via subpoena, identify "JOSEPH GIANCOLA" at 3014 Chiquita Blvd S, Cape Coral, FL, with association records since 2022-02-19.

### IP/ISP nexus (provider certification)

12. Comcast's Law Enforcement certification, produced in response to legal service, states that IP address 73.107.60.71 was dynamically assigned to the internet account at 3014 CHIQUITA BLVD S, Cape Coral, FL 33914-4228, on 2025-07-22 at 11:48 AM ET. That timestamp directly coincides with a preserved Bluesky post by "@caindelon.bsky.social" stating "Shoot the ICE Nazis dead," establishing a provider-verified nexus between the threat, the account, and the residence. Comcast records identifies the subscriber of record as  Person 1.Investigative checks indicate

Person 1 is the daughter of JOSEPH ROCCO GIANCOLA.

**Residency corroboration (administrative records and limited surveillance)**

13.    Florida DHSMV/DAVID records associate JOSEPH ROCCO GIANCOLA with 3014 CHIQUITA BLVD S, CAPE CORAL, FL 33914-4228, and list a yellow 2008 Chevrolet (FL plate IF64GD) registered to him. Agents have repeatedly observed vehicles registered to GIANCOLA family members at or adjacent to the residence since August 2025, corroborating active, multi-occupant residency.

**October 30, 2025 – Search warrant execution and interview**

14.    On October 30, 2025, at approximately 0605 hours, HSI, with the assistance of the Cape Coral Police Department (CCPD), Lee County Sheriff's Office (LCSO), and Hendry County Sheriff's Office (HCSO), executed a federal search warrant at 3014 Chiquita Blvd S, Cape Coral, FL 33914, and on the person of JOSEPH ROCCO GIANCOLA. When contacted by HSI Special Response Team agents, GIANCOLA had an iPhone on his person, which was seized. At approximately 0633 hours, Special Agents Ryan Chabot and David West advised GIANCOLA of his *Miranda* rights verbally and via a printed form; GIANCOLA agreed to speak.

15.    During the interview, GIANCOLA confirmed that the Bluesky account "@caindelon.bsky.social" (username "Cain Delon") is his account and that he alone posts from it using his iPhone associated with phone number 239-258-1338. Agents showed GIANCOLA screenshots of the "Cain Delon" account with the postings "Shoot the ICE Nazis dead" and "Shoot ICE gestapo dead," which he admitted were

his postings. Agents asked GIANCOLA if he recalled speaking with Secret Service agents in 2018 regarding similar conduct and GIANCOLA stated that he told agents he was no physical threat to anyone and added, "I have every right to vent my anger online." He identified his bedroom as the rear left room when facing the front of the residence; agents observed an unlocked computer in that room displaying the "Cain Delon" Bluesky account and, in a drawer below, located a wallet containing GIANCOLA's driver's license/ID. During the interview, when asked if he had wished harm on federal law enforcement, GIANCOLA told SA Chabot that he would not care if someone shot SA Chabot right then because he considered SA Chabot a "traitor." Specifically, GIANCOLA stated: "I mean, if someone would shoot an ICE agent and kill him, you personally, for example, no, I would not feel sorry at all because I consider you a traitor and a Nazi. And we killed Nazis in World War II."

## CONCLUSION

16.    Based on the foregoing public threats soliciting lethal violence against federal law enforcement posted from the Bluesky account "@caindelon.bsky.social"; provider records linking that account to "afdelonjr@gmail.com" and phone number +1 (239) 258-1338, subscribed to JOSEPH ROCCO GIANCOLA at 3014 Chiquita Blvd S; Comcast's certification correlating the threat timestamp to GIANCOLA's residence IP assignment; and administrative records and surveillance corroborating residency, there is probable cause to believe that JOSEPH ROCCO GIANCOLA committed violations of 18 U.S.C. § 373.

WHEREFORE, your affiant respectfully submits that probable cause exists to charge JOSEPH ROCCO GIANCOLA with the above offenses.

/s/ Ryan Chabot
Ryan Chabot, Special Agent
Homeland Security Investigations

Sworn to me via telephone on this __30th__ day of October, 2025 in Fort Myers, Florida.

Honorable Nicholas P. Mizell
United States Magistrate Judge