UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO.: 2:25-cr-238-KCD-NPM

JOSEPH ROCCO GIANCOLA

---

## NOTICE REGARDING GUILTY PLEA, CONSENT, AND WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION

### Notice Regarding Guilty Plea

If Defendant decides at any time before trial to enter a plea of guilty, Local Rule 1.02, as implemented by administrative order, authorizes a United States Magistrate Judge to conduct a guilty plea hearing under Fed. R. Crim. P. 11 with Defendant's consent. If, after the hearing, the Magistrate Judge recommends that the presiding United States District Judge accept the guilty plea, the Court will order a presentence investigation and report under Fed. R. Crim. P. 32. The District Judge will then act on the Magistrate Judge's Report and Recommendation. If the District Judge accepts the guilty plea, the District Judge will adjudicate guilt and schedule a sentencing hearing. At the sentencing hearing, the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence. Under 28 U.S.C. § 636(b) and Local Rule 1.02(b), as implemented by administrative order, the parties may file written objections to the Magistrate Judge's Report and Recommendation within fourteen days.

## Consent

I, the Defendant, intend to enter a guilty plea in the above case. I request and consent to a United States Magistrate Judge conducting the guilty plea hearing under Fed. R. Crim. P. 11. I understand that at the time of my guilty plea, the Magistrate Judge will file a Report and Recommendation to the United States District Judge. I understand that if the District Judge accepts my guilty plea, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, will adjudicate guilt, and will impose sentence.

## Waiver of Objection to Report and Recommendation

I, the Defendant, waive the fourteen-day objection period to the Magistrate Judge's Report and Recommendation, and I consent to the District Judge acting on the Report and Recommendation and setting the sentencing date immediately.

Date:                          Signature of Defendant:

3-17-2026                      _____
                              JOSEPH ROCCO GIANCOLA

Date:                          Signature of Defendant's Counsel:

3/18/2026                     _____
                              YVETTE C. GRAY

2