**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                                     2:25-CR-238-KCD-NPM

JOSPEH ROCCO GIANCOLA

_____

**ORDER MODIFYING CONDITIONS OF RELEASE**

Upon consideration of the unopposed request of the Federal Defender to modify

Defendant's conditions of release, it is hereby **ORDERED** that the internet-access and

electronic-device prohibitions are replaced by a condition that Defendant may not post

any material to, or otherwise access, view, or use, any social-media platform via an

app or otherwise. Aside from this social-media restriction, Defendant may access the

internet and use electronic devices to communicate. To ensure compliance, Defendant

will make his devices available to any Pretrial Services or Probation officer for

inspection at their discretion.

**ORDERED** on March 23, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

c:
United States Pretrial Services Office