FILED - USDC - FLMD - FTM
AUG 27 2026 PM1:47

Dear Judge Dudek:

This letter is to respectfully plead for clemency and modification of my sentence as post-conviction relief to require home confinement instead of incarceration, but continue the ordered period of probation, for the following reasons:

1. My daughter-in-law learned on August 14, 2026 that she is on the roster to be recalled to active military duty. We are a military family, and she is a Major in the United States Army. Her spouse will need to continue working full-time to maintain the family household. I am the babysitter of their two-year-old and four-year-old daughters, my grandchildren, and the only family member available. Their family can not afford the astronomical cost of private child care. The deployment is classified by the federal government, so I am prevented from providing particular details. However, I informed my attorney when I first learned of it, on August 14.

2. My actions were predisposed by a failure of my psychiatric medication, unknown to me at that time. I have been diagnosed with psychiatric illness since the 1970's. My father committed suicide, and my mother suffered from a lifetime of schizophrenia. I have been successful and functional only because of psychiatric medication, a regimen to which I have adhered faithfully. Unknown to me, I developed a tolerance to the medication I have depended upon since 2009-duloxetine. The exacerbation of my obsessive, paranoid, and panic symptoms occurred insidiously, and required months to fully reveal itself. In the past few months my physician has doubled the dosage, and I have returned once again to sanity. I have suffered with this illness my entire adult life. I courageously fought it with medication and counseling, as I continue to do. At no time in my life have I ever been violent or owned a gun. I am no risk to anyone. Had my medication not failed, I would never have posted the comments.
3. My combination of physical diseases renders me at high risk for heart attack and stroke. I have coronary artery disease and a previous heart attack in 2015. I have

early acute kidney disease. I have diabetes. I have long-standing hypertension. For the past two years my blood pressure has been uncontrolled, despite attempting different medications, with readings as high as 177/120. I have long-standing degenerative disc disease from forty years of working on my feet as a registered nurse. This is accompanied by painful peripheral neuropathy with numbness in my feet. I am unable to stand on my feet for more than ten minutes, I cannot lift more than twenty pounds, I cannot tolerate being outdoors due to high temperatures. I am nearly totally deaf as well. I hear sounds, but the words are garbled and I am unable to understand them.

I spend my day monitoring and treating these conditions. My blood sugar requires monitoring through out the day. My blood pressure requires the same monitoring. My urine requires monitoring for protein (micro albumin) due to kidney disease. I have a TENS unit placed into my spinal column under my skin. It requires electrical recharging every other day. My medications include benzodiazepines, muscle relaxers, opiates, expensive semaglutide injection, Vitamin B12 injection, two anti-hypertensives including Valsartan which is expensive, and metoprolol which carries the risk of slowing my hear rate to dangerous levels.

4. My family and I have already suffered immensely, and need to return to normal functioning. I facilitate this recovery and functioning, and must continue to do so.

ICE came to my daughter's house, where I was living, in October, 2025. They brought military vehicles including an army tank, in the pre-dawn hours. They used the tank to batter down the front door. At least eight armed men ransacked the house, pointed guns at two toddler grandchildren, even though I occupied only one room in the house. The agents laughed while the children screamed and cried. Thereafter, ICE or DHS posted our address on its website and on social media X. For weeks my family and I were targeted online and by regular USPS mail with threats to shoot through our windows and to kill us. We lived in a state of fear for weeks, until my son was able to have the post taken down. I spent the day in the local ICE detention facility, and a night in the Charlotte County Jail. At my arraignment, the judge agreed to release me to my daughter pursuant to a pre-trial agreement. I have strictly adhered to that pre-trial agreement. Over the past ten months, I have worked with my children, and we have supported each other to maintain stability. A family is a system that can endure much stress, but it has its limitations as well.

Your Honor, I have great respect for the judiciary. I served as law clerk for a

number of appellate court and Supreme Court judges in the state of Ohio during the 1990's. As a registered nurse and attorney, I spent my life helping others. I have no criminal background. I have no history of violence. I have struggled my entire adult life to keep my psychiatric illness in remission. I have not been lax, or lazy, or apathetic.

I understand the reasoning that my posting could have encouraged others to act violently. At the same time, I saw the President urge his followers to the Capitol building on January 21, 2021, where they rioted. Nobody of sound mind blames the president for the riot. People are responsible for their own actions. Thankfully, nobody did act upon my postings, and nobody was injured. As I said previously, though, my family and I were threatened for weeks with imminent harm.

Words do not kill. My words intimidated ICE agents, and I accept full responsibility for this. As I said in court, I had no subjective intention to harm anyone. I told this twice to the agent who arrested me. I also never imagined anyone would believe the content of the posts. If you use social media, you know that 99% use a fake username, post lies and garbage (including threats) and nobody takes any of it seriously. At least up until now.

I have learned my lesson: **Never post anything online that can reasonably be construed as a threat to another human being.**

My family needs me with them, Your Honor. My children need me, and my grandchildren especially need me while their mother is on deployment. I pray you will consider and grant clemency regarding the incarceration order, and restrict my movement while I remain at home. As Shakespeare wrote:

The quality of mercy is not strained;
It droppeth as the gentle rain from heaven
Upon the place beneath. It is twice blest;
It blesseth him that gives and him that takes:
'Tis mightiest in the mightiest...

Sincerely yours:

Joseph R. Giancola, R.N., M.S.N, J.D.
August 21, 2026